# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3604

_____

Antonio Murillo-Cadena

*Petitioner*

v.

Eric H. Holder, Jr.

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 30, 2014
Filed: June 12, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Antonio Murillo-Cadena petitions for review of an order of the Board of Immigration Appeals, denying his request to reopen his removal proceedings. After careful review, we conclude that no abuse of discretion occurred. See Chen v. Holder, No. 13-1103, 2014 WL 1887364, at *2 (8th Cir. May, 13, 2014)

(abuse-of-discretion standard of review). Accordingly, we deny the petition for review. <u>See</u> 8th Cir. R. 47B.

_____